serves and files the record on appeal, as settled by the Surrogate, on or before August 1, 1960, and serves and files his appellant's points on or before September 6, 1960, with notice of argument for the October 1960 Term of this court, said appeal to be argued or submitted when reached.   Concur — Botein, P. J., Breitel, McNally and Stevens, JJ.

## (June 29, 1960)

### (Republished)

■   WILFRID PELLETIER, Respondent, v. MILDRED MOONEY, Appellant, et al., Defendant.— Order, dated May 6, 1960, denying defendant's motion to open her default in answering the complaint, unanimously reversed, on the law, on the facts, and in the exercise of discretion, and the motion granted on condition that defendant-appellant within 20 days of the service of the order herein, with notice of entry thereof, pay the full costs and disbursements of the action to-date, together with the costs and disbursements of this appeal, and serve a copy of her proposed answer, and on the further condition that defendant-appellant obtain the appearance or written consent to appearance of the codefendant John T. Carroll, and, otherwise, the order is affirmed, with costs to plaintiff-respondent.   Defendant-appellant's neglect is not so grave, nor was it of such persistence, as to justify preclusion absolutely of her right to defend the action.   Settle order.   Concur — Botein, P. J., Breitel, McNally and Stevens, JJ.

## (June 30, 1960)

■   In the Matter of FRANK A. WALKER (Also Known as FRANK ALEXANDER WALKER), an Attorney.— Application for reinstatement referred to the Committee on Character and Fitness.   Concur — Breitel, J. P., Rabin, Valente and Bergan, JJ.

■   In the Matter of HARRY K. NADELL, an Attorney.— Application for reinstatement referred to the Committee on Character and Fitness.   Concur — Breitel, J. P., Rabin, Valente and Bergan, JJ.

■   THE PEOPLE OF THE STATE OF NEW YORK v. BRUCE DEAN.— Motion for leave to appeal as a poor person granted insofar as to permit the appeal to be heard on the original record, without printing the same, except that a certified copy of the indictment shall be substituted in place of the original indictment, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the District Attorney of New York County and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court on or before October 4, 1960, with notice of argument for the November 1960 Term of this court, said appeal to be argued or submitted when reached.   Anthony F. Marra, Esq., of 100 Centre Street, New York 13, New York is assigned as counsel for appellant for the purposes of the appeal.   Concur — Botein, P. J., Breitel, McNally, Stevens and Noonan, JJ.

■   THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES HUNTLEY.— Motion for leave to appeal as a poor person granted insofar as to permit the appeal to be heard on the original record, without printing the same, except that a certified copy of the indictment shall be substituted in place of the original indictment, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeo-

graphed appellant's points upon the District Attorney of New York County and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court on or before October 4, 1960, with notice of argument for the November 1960 Term of this court, said appeal to be argued or submitted when reached. Anthony F. Marra, Esq., of 100 Centre Street, New York 13, New York is assigned as counsel for the appellant for the purposes of the appeal. Concur — Botein, P. J., Breitel, McNally, Stevens and Noonan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. STANFORD WEBB.— Motion for leave to appeal as a poor person granted insofar as to permit the appeal to be heard on the original record, without printing the same, except that a certified copy of the indictment shall be substituted in place of the original indictment, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the District Attorney of New York County, and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court on or before October 4, 1960, with notice of argument for the November 1960 Term of this court, said appeal to be argued or submitted when reached. Anthony F. Marra, Esq., of 100 Centre Street, New York 13, New York is assigned as counsel for the appellant for the purposes of the appeal. Concur — Botein, P. J., Breitel, McNally, Stevens and Noonan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. LOUIS GRUBBS.— Motion for leave to appeal as a poor person granted insofar as to permit the appeals to be heard on the original records, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the District Attorney of New York County, and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court on or before October 4, 1960, with notice of argument for the November 1960 Term of this court, said appeals to be argued or submitted when reached. Anthony F. Marra, Esq., of 100 Centre Street, New York 13, New York is assigned as counsel for the appellant for the purposes of the appeals. Concur — Breitel, J. P., Rabin, Valente and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JESUS REYES.— Motion for leave to appeal as a poor person granted insofar as to permit the appeal to be heard on the original record, without printing the same, except that a certified copy of the indictment shall be substituted in place of the original indictment, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the District Attorney of New York County and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court on or before October 4, 1960, with notice of argument for the November 1960 Term of this court, said appeal to be argued or submitted when reached. Anthony F. Marra, Esq., of 100 Centre Street, New York 13, New York is assigned as counsel for the appellant for the purposes of the appeal. Concur — Breitel, J. P., Rabin, Valente and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT JOHNSON.— Motion for leave to appeal as a poor person granted insofar as to permit the appeal to be heard on the original record, without printing the same, except that a certified copy of the indictment shall be substituted in place of the original indictment, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the District Attorney of New York County and files